ORIGINAL

*memorandum*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
SHIRLEY WILSON,                :
                               :
            Plaintiff,         :
                               :
     - v. -                    :
                               :     ORDER
MICHAEL J. ASTRUE,             :     01 Civ. 8313 (CM)
Commissioner of                :
Social Security,               :
                               :
            Defendant.         :
                               :
- - - - - - - - - - - - - - - -x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/09
```

WHEREAS, this action was remanded to the Commissioner of Social Security (the "Commissioner") for further administrative proceedings on May 9, 2002, and

WHEREAS, on March 31, 2006, the Commissioner issued a favorable decision (copy attached) on plaintiff's application for benefits;

IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs to either party. The Clerk is directed to enter judgment.

Dated: New York, New York
       August 31, 2009

_____
United States District Judge